**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**Case Number: 2022-cv-21422-RNS**

**RAYMOND T. MAHLBERG,**

     **Plaintiff,**

**v.**

**PUMA NORTH AMERICA, INC.,**

     **Defendant.**

_____/

**JOINT NOTICE OF SETTLEMENT**

     Plaintiff **RAYMOND MAHLBERG** and Defendant **PUMA NORTH AMERICA, INC.**, by and through undersigned counsels, hereby file this Joint Notice of Settlement to notify this Court that Plaintiff and Defendant have settled this matter.  The Parties anticipate that a Joint Stipulation for Dismissal with Prejudice will be filed within forty-five (45) days. All pending motions, should be ***moot.***

Dated this 14th day of May 2022.

By: _/s/ Acacia Barros_                                          By: _/s/ Shira M. Blank_
Acacia Barros                                                           Shira M. Blank, Esq.
Florida Bar No. 106277                                          Epstein Becker & Green P.C.
Email: ab@brroslawfirm.com                              875 Third Avenue,
ACACIA BARROS P.A.                                         New York, NY 10022
11120 N. Kendall Drive                                       Telephone: (212) 351-4500
Miami, FL  33176                                                 Email: sblank@ebglaw.com
Phone: (305) 639-8331

                                                      _Attorney for Defendant_

_Attorney for Plaintiff_

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May 2022 that the foregoing document has been

filed using CM/ECF system and will be served on Defendant's counsel via CM/ECF system.


/s/Acacia Barros
Attorney for Plaintiff
ACACIA BARROS, P.A.


Respectfully submitted,

Dated this 7th day of May 2022.

/s/Acacia Barros
Attorney for Plaintiff
ACACIA BARROS, P.A.
Acacia Barros, Esq.
FBN: 106277
11120 N. Kendall Dr., Suite 201
Miami, Florida 33176
Tel: 305-639-8381
ab@barroslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2022 that the foregoing document has

been filed   using  CM/ECF   system and   will   be   served via   email   when

Defendant/Defendant's counsel enters an appearance.